
**Lawton & Cates, s.c.**
The voice of experience

345 W. Washington Avenue, Suite 201
P. O. Box 2965
Madison, WI 53701-2965
P: 608.282.6200   F: 608.282.6252
www.lawtoncates.com

November 9, 2018

Eastern District of Wisconsin District Court
The Honorable Judge J.P. Stadtmueller
517 E. Wisconsin Ave. Rm. 362
Milwaukee, WI 53202
*Via: Electronic Filing*

      RE:    *Matter Settled/Stipulation & Proposed Order*
              Eastern District of Wisconsin Case No. 17CV1641
              Our File No.

Dear Judge Stadtmueller:

    This letter is to update the Court and make the Court aware the parties have reached a settlement in the above matter. We anticipate filing a Stipulation and Proposed Order to that effect with the Court within the next 30 days.

    If you or the Court has any questions, please feel free to contact me directly. My email address is bpagel@lawtoncates.com and my telephone number is (608)282-6200.

    Thank you.

                                             **Lawton & Cates, S.C.**
                                             Attorneys for Plaintiff,
                                             *Electronically Signed By:*

                                             */s/ Briane F. Pagel*_____
                                             Attorney Briane F. Pagel
                                             State Bar No. 1025514

CC:
Karen Scheunemann
Attorney Brett Larsen – Via Electronic Filing Notice
Attorney David Hanus – Via Electronic Filing Notice

Also serving you in Jefferson, WI at:
146 E. Milwaukee Street, Suite 120 • PO Box 399 • Jefferson, WI 53549
P 920.674.4567 • F 920.674.4726