# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

KAREN SCHEUNEMANN,

                Plaintiff,

v.

MEYER & NJUS, P.A.,

                Defendant.

Case No. 17-CV-1641-JPS

**ORDER**

On December 6, 2018, the parties filed a joint stipulation of dismissal of this action with prejudice and without costs assessed to either party. (Docket #38). The Court will adopt that stipulation. See Fed. R. Civ. P. 41(a)(1)(A)(ii). The pending motion for an order regarding admissions, (Docket #14), and motion for summary judgment, (Docket #18), will be denied as moot.

Accordingly,

**IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #38) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs to any party; and

**IT IS FURTHER ORDERED** that the motion for an order regarding admissions (Docket #14) and motion for summary judgment (Docket #18) be and the same are hereby **DENIED as moot**.

Dated at Milwaukee, Wisconsin, this 7th day of December, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge